# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1400.  BAILEY v. SNELLVILLE PLAZA, LP et al.**

This appeal was docketed on March 11, 2013, such that appellant Vivian Bailey's brief and enumeration of errors was due by April 1, 2013. See Rule 23 (a) (appellant's brief "shall be filed within 20 days after the appeal is docketed"; failure to file within that time, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal.").

As of June 1, 2013, Bailey had neither filed a brief nor moved for an extension of time to do so. We therefore DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*